UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNIVERSITY OF WASHINGTON MEDICAL CENTER, et al.,

          Plaintiff,

    v.

XAVIER BECERRA, Secretary, United States Department of Health and Human Services,

          Defendant.

No. C23-1985RSL

ORDER TO SHOW CAUSE

        This matter comes before the Court *sua sponte*. The complaint in the above-captioned matter was filed on December 22, 2023. To date, service of the summons and complaint has not been made on defendant as required by Fed. R. Civ. P. 4(m). Plaintiff is hereby ORDERED to show cause why the complaint should not be dismissed. Plaintiff shall file a responsive brief no later than April 18, 2024. The Clerk of Court shall note this Show Cause on the Court's calendar for April 19, 2024.

        DATED this 3rd day of April, 2024.

                                    Robert S. Lasnik
                                    United States District Judge