UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNIVERSITY OF WASHINGTON MEDICAL CENTER, *et al.*, | CASE NO. 2:23-cv-01985-RSL |
| Plaintiffs, | |
| v. | |
| XAVIER BECERRA, | ORDER CONTINUING STAY |
| Defendant. | |

This matter comes before the Court on the "Joint Report" of the parties in the above-captioned matter. Dkt. # 15. This action remains stayed. The parties shall file a joint status report within 60 days of the Supreme Court's resolution of *Advocate Christ Medical Center v. Becerra*, setting forth their proposal(s) regarding how this case should proceed in light of the Supreme Court's ruling.

Dated this 10th day of July, 2024.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge