DAVID J. LAWYER, WSBA  #16353
Inslee, Best, Doezie & Ryder, P.S.
10900 NE 4th Street, Suite 1500
Bellevue, WA  98004
Phone: (425) 455-1234
*Attorneys for Plaintiffs*

ALAN J. SEDLEY, ESQ.
Alan J. Sedley Law Corporation
18880 Douglas, Suite 417
Irvine, CA  92612
Phone: (818) 601-0098
*Counsel Pro Hac Vice for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| UNIVERSITY OF WASHINGTON, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ROBERT F. KENNEDY, JR., IN HIS OFFICIAL CAPACITY AS SECRETARY, U.S. DEPARTMENT OF HEALTH & HUMAN SERVICES,<br><br>　　　　Defendant. | Case No. 2:23-cv-01985 RSL<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND BRIEFING SCHEDULE |

**ORDER**

GOOD CAUSE HAVING BEEN DEMONSTRATED BY THE PARTIES, it is hereby Ordered that Plaintiffs' Motion for Summary Judgment be filed by or before September 9, 2025, and that Defendant's Cross-Motion for Summary Judgment and Opposition to Plaintiffs' Motion for Summary Judgment be filed on or before November 10, 2025.

DATED: September 2, 2025.

_____
UNITED STATES DISTRICT JUDGE